Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Dolgen Midwest, LLC dba Dollar General*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KALIAH BURNETT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, a Foreign Corporation,<br><br>Defendant. | Case No.: 2:18-cv-00724-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY THE CASE AND EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

Pursuant to LR IA 6-1, LR 6-2, and 7-1, Plaintiff Kaliah Burnett ("Plaintiff") and Defendant Dolgen Midwest, LLC dba Dollar General[1], ("Defendant") (collectively the "Parties"), by and through their respective counsel hereby request and stipulate to stay the above-captioned matter while the Parties discuss the possibility of early resolution.

The purpose of the Stay is to promote judicial economy and allow this Court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (U.S. 1936) ("the

---

[1] Dolgen Midwest, LLC was improperly named as Dollar General Corporation.

- 1 -

power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Pate v. DePay Orthopedics, Inc*. 2012 WL 3532780, at * 2 (D. Nev. Aug. 14, 2012) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case"), *citing Leyva v. Certified Grocers of Cal., Ltd.* 593 F.2d 857, 863 (9th Cir. 1979).

Counsel for Defendant were recently retained and made aware of the deadline to respond to Plaintiff's Complaint. As the Parties would like to discuss the potential of early resolution, the Parties agree and stipulate that this matter be stayed for thirty-one days, up to and including June 24, 2018. Should the Parties be unsuccessful, the Defendant will have up to and including July 6, 2018, to file a response to Plaintiff's Complaint.

//
//
//
//
//
//
//
//
//
//
//
//

This is the Parties' first request to stay and extend the time for Defendant to respond to Plaintiff's Complaint. This stipulation is made in good faith and not for purposes of causing any undue delay.

Dated this 29th day of May, 2018.

| **HKM EMPLOYMENT ATTORNEYS LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| /s/ Jenny L. Foley<br>Jenny L. Foley<br>1785 East Sahara Avenue<br>Suite 325<br>Las Vegas, NV 89104<br>Telephone: 702.625-3893<br>*Attorneys for Plaintiff Kaliah Burnett* | **/s/** Anthony L. Martin<br>Anthony L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Dolgen Midwest, LLC dba Dollar General* |

## **ORDER**

**IT IS HEREBY ORDERED** that the Parties Stipulation and Order to stay the matter is **granted.**

**IT IS FURTHER ORDERED** that the time for Defendant to file a response to Plaintiff's Complaint is hereby extended to July 6, 2018.

**IT IS SO ORDERED.**

DATED this  14  day of June, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

34223935.1