Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Dolgen Midwest, LLC dba Dollar General*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KALIAH BURNETT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, a Foreign Corporation,<br><br>Defendant. | Case No.: 2:18-cv-00724-GMN-CWH<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-2, Defendant Dolgen Midwest, LLC dba Dollar General ("Defendant") and Plaintiff Kaliah Burnett ("Plaintiff), by and through their respective undersigned counsel, hereby stipulate and agree to reschedule the Early Neutral Evaluation Session ("ENE"), which is currently set for July 10, 2018, at 10:00 a.m. (ECF No. 8.) Counsel for Defendant has a previously scheduled engagement on that day; therefore, the parties have agreed that rescheduling the ENE is necessary.

Accordingly, the parties respectfully request that the ENE be scheduled on any of the following dates in August as follows, or at the further convenience of the Court:

August 27, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1. August 28, 2018
2. August 29, 2018
3. August 30, 2018
4. August 31, 2018

This stipulation is not brought for the purposes of delay or any other improper purposes.

Dated this 27th day of June, 2018.

| **HKM EMPLOYMENT ATTORNEYS LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| /s/ Jenny L. Foley<br>Jenny L. Foley<br>1785 East Sahara Avenue<br>Suite 325<br>Las Vegas, NV 89104<br>Telephone: 702.625-3893<br>*Attorneys for Plaintiff Kaliah Burnett* | **/s/** Anthony L. Martin<br>Anthony L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Dolgen Midwest, LLC dba Dollar General* |

## **ORDER**

IT IS SO ORDERDERED:

The Early Neutral Evaluation in this matter will take place on August 28, 2018 at 10:00 a.m. A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session. Written evaluation statements shall be submitted directly to my chambers, Room 3005, not later than August 21, 2018, by 4:00 p.m., which is seven (7) days prior to the ENE session pursuant to LR 16-6(f). All other orders in the Order Scheduling Early Neutral Evaluation Session (ECF No. 8) remain in full effect.

The Early Neutral Evaluation session scheduled for July 10, 2018, is VACATED.

UNITED STATES MAGISTRATE JUDGE

7-5-2018

DATE

- 2 -